In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE

City of New York, Acting for and on Behalf of the City of New York, etc., Relative to Acquiring Title to Certain Real Property Located Generally along Houston Street, Between Sixth Avenue (Extension) and Elizabeth Street in the Borough of Manhattan, City of New York, for the Construction, Maintenance and Operation of a Municipal Rapid Transit Railroad.— Final decree so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.